**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-7459

_____

CORBIN X. MACON,

Plaintiff - Appellant,

versus

GENE JOHNSON, Director, Virginia Department of
Corrections; DONALD R. GUILLORY, Director,
Virginia Correctional Enterprises,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (2:06-cv-00402-RAJ)

_____

Submitted: January 18, 2007        Decided: January 23, 2007

_____

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Corbin X. Macon, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corbin X. Macon appeals from the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Macon v. Johnson, No. 2:06-cv-00402-RAJ (E.D. Va. July 27, 2006). To the extent that Macon seeks to raise new claims in his informal brief, these claim are not properly before this court. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED